UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
Noe Gregorio Aguino Osorio, on behalf of himself and all other persons similarly situated,

Index No.: 21-cv-06413

**STIPULATION**

*Plaintiff*,

-*against*-

PJ's Lawn Service Inc. d/b/a PJ's Lawn Service, and Peter Creegan,

*Defendants*.
-------------------------------------------------------------------X

Defendants PJ's Lawn Service Inc. (d/b/a PJ's Lawn Service) and Peter Creegan (together, the "Defendants"), by their undersigned counsel, agree and stipulate with Plaintiff Noe Gregorio Aguino Osorio (the "Plaintiff"), by his undersigned counsel, as follows:

IT IS HEREBY STIPULATED AND AGREED by and between the parties that Defendants' time to reply or otherwise respond to Plaintiff's Complaint is extended through and including **September 27, 2021**;

IT IS FURTHER STIPULATED AND AGREED that Defendants waive any defense to personal jurisdiction due to improper service of process; and

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be signed in counterparts and that a facsimile copy or other electronic copies shall be deemed originals.

[*Remainder of Page Intentionally Left Blank. Signature Page Follows*]

Dated: New York, New York
August 25, 2021

| THE SAMUEL LAW FIRM | LEVIN-EPSTEIN & ASSOCIATES, P.C. |
|---|---|
| By: /s/ Michael Samuel | By: */s/ Jason Mizrahi* |
| Michael Samuel | Jason Mizrahi |
| 1441 Broadway, Suite 6085 | 60 East 42nd Street, Suite 4700 |
| New York, New York 10018 | New York, New York 10165 |
| Tel. No.: (212) 563-9884 | Tel. No.: (212) 792-0048 |
| michael@samuelandstein.com | Email: Jason@levinepstein.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |