UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
NOE GREGORIO AQUINO OSORIO, on behalf of
himself and all other persons similarly situated,

                      Plaintiffs,

      - against -

PJ'S LAWN SERVICE INC. D/B/A PJ'S LAWN
SERVICE and PETER CREEGAN,,

                     Defendants.
------------------------------------------------------------------------X

**ORDER**

21-CV-6413(PAE)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A conference was held with counsel to the respective parties on December 15, 2021. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1. all discovery, of whatever nature, be initiated so as to be completed on or before May 16, 2022;

2. the last date on which to amend pleadings will be January 17, 2022. After this date, any motion to amend will be evaluated under Rule 16(b)(4) of the Federal Rules of Civil Procedure;

3. the last date on which to join additional parties will be January 17, 2022. After this date, any motion to join additional parties will be evaluated under Rule 16(b)(4) of the Federal Rules of Civil Procedure;

4. any dispositive motion shall be made in accordance with the assigned district judge's Individual Rules of Practice; and

5. if no dispositive motion is made, the parties shall submit their joint pretrial order to t the court on or before June 16, 2022. That document must conform to the

requirements for such an order that are found in the assigned district judge's

Individual Rules of Practice.

Dated:  New York, New York
       December 15, 2021

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE