UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NOE GREGORIO AQUINO OSORIO,

                                                Plaintiff,

-v-

PJ'S LAWN SERVICE, INC. *d/b/a* PJ'S LAWN SERVICE *and* PETER CREEGAN,

                                                Defendants.

21 Civ. 6413 (PAE) (JW)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      Due to an unavoidable conflict, the Court adjourns the pre-motion conference scheduled in this case for July 6, 2022.  However, because the Court intends to refer the forthcoming summary judgment motion to the Hon. Magistrate Judge Jennifer E. Willis, the Court adjourns the conference *sine die*, in order to allow Judge Willis to schedule the pre-motion conference.

      SO ORDERED.

                                                            PAUL A. ENGELMAYER
                                                            United States District Judge

Dated: June 30, 2022
           New York, New York