UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NOE GREGORIO AQUINO OSORIO,

                    Plaintiff,

            -against-

PJ'S LAWN SERVICE, INC., *d/b/a* PJ'S
LAWN SERVICE, *and* PETER CREEGAN,

                    Defendants.
------------------------------------------------------------------X

**ORDER**

**21-CV-6413 (PAE) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On June 30, 2022, the Honorable Paul A. Engelmayer stated that he intended to refer the forthcoming summary judgment motion in this matter. Dkt. No. 34. A hearing in this matter is scheduled for **September 13, 2022**, at **2:00 PM**. The conference will be held in Courtroom 228, 40 Foley Square, New York, New York.

By **September 8, 2022**, the Parties are directed to submit a joint status update letter to the Court stating (1) the status of the case including any attempts at settlement, and (2) whether Defendants still intend to file a motion for summary judgment. Should Defendants still plan to file that motion, the scheduled conference will also serve as a pre-motion conference.

SO ORDERED.

DATED:    New York, New York
               September 1, 2022

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge