UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NOE GREGORIO AQUINO OSORIO,

                         Plaintiff,                  **ORDER**

      -against-                        **21-CV-6413 (PAE) (JW)**

PJ'S LAWN SERVICE, INC., *d/b/a* PJ'S
LAWN SERVICE, *and* PETER CREEGAN,

                         Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

A pre-motion conference in this matter was held on September 13, 2022, to discuss Defendants' upcoming partial motion for summary judgment. The following briefing schedule was set:

- Defendants' motion is due by **October 13, 2022**.
- Plaintiff's opposition is due by **October 27, 2022**.
- Defendants' reply is due **November 3, 2022**.

Defendants' opening brief and Plaintiff's opposition brief are both limited to 25 pages.

Defendants' reply brief is limited to 10 pages.

SO ORDERED.

DATED:    New York, New York
               September 13, 2022

                                                          JENNIFER E. WILLIS
                                                          United States Magistrate Judge